# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: § § **CATHY DEANDRA PRIESTER,** § § **DEBTOR.** § | | **CASE NO. 25-10401-cgb** **CHAPTER 7** |

| | | |
|---|---|---|
| **CATHY DEANDRA PRIESTER,** § § **PLAINTIFF,** § § v. § § **UNITED STATES** § **DEPARTMENT OF EDUCATION** § § **DEFENDANT.** § | | **ADVERSARY NO. 25-01026-cgb** |

## UNITED STATES OF AMERICA'S (DEPARTMENT OF EDUCATION) ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW the United States of America, Department of Education, by and through the United States Attorney for the Western District of Texas, and files this Answer to Plaintiff's Original Complaint.

I. Admit first and second paragraphs. No response necessary to paragraph three.

II. Admits the first and second paragraphs and unable to admit or deny paragraph three.

III. Unable to admit or deny the first paragraph, denies for lack of knowledge paragraphs 2-7.

IV. No response required.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: /s/*Steven B. Bass*
STEVEN B. BASS
Assistant United States Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 916-5858/Fax (512) 916-5854
Florida State Bar No. 767300
Email Steven.Bass@usdoj.gov

Counsel for the United States of America

# **CERTIFICATE OF SERVICE**

I certify that on July 22, 2025, a copy of the foregoing "United States of America's (Department of Education) Answer to Plaintiff's Original Complaint" was served by the Court's electronic mail or by U.S. First Class Mail, postage prepaid, as indicated below:

Cathy Deandra Priester
P.O. Box 202514
Austin, TX 78720

*Via U.S. First Class Mail*

/s/*Steven B. Bass*
STEVEN B. BASS
Assistant United States Attorney