THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: § <br> § CASE NO: 25-10401B <br> CATHY DEANDRA PRIESTER § <br> § CHAPTER 7 <br> Debtor § <br> § <br> § <br> CATHY PRIESTER § <br> § <br> Plaintiff, § <br> § ADVERSARY NO. 25-1026-cgb <br> VS. § <br> § <br> UNITED STATES DEPARTMENT OF § <br> EDUCATION § <br> § <br> Defendant. § | |

## STATEMENT REGARDING CONSENT

TO THE HONORABLE COURT:

COMES NOW, Cathy Deandra Priester, Plaintiff in this Adversary Proceeding, and files this Statement Regarding Consent, and respectfully represents to the Court as follows:

Plaintiff consents to entry of final orders and final judgments by this Court in this Adversary Proceeding pursuant to *Wellness International Network, Ltd. v. Sharif*, 575 U.S. 665 (2015).

Respectfully submitted,

Dated: August 1, 2025
Austin, Texas

*/s/ Cathy Priester*

Cathy Deandra Priester
P.O. BOX 202514

1

Austin, TX 78720
Telephone: (512) 796-8205
Email: catvangogh@gmail.com

Plaintiff, Pro Se

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Statement Regarding Consent was served upon the following parties via electronic mail on August 1, 2025:

**UNITED STATES DEPARTMENT OF EDUCATION**
c/o United States Attorney's Office
Western District of Texas
Assistant U.S. Attorney
Steven B. Bass
Email: Steven.Bass@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2025
Austin, Texas

*Cathy Priester*

**Name:** Cathy Deandra Priester
**Pro Se Plaintiff**
**Email:** catvangogh@gmail.com
**Phone:** (512) 796-8205