**The relief described hereinbelow is SO ORDERED.**

**Signed March 03, 2026.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No.25-10401-CGB** |
| **CATHY DEANDRA PRIESTER,** | § § § | |
| Debtor. | § § | **Chapter 7** |
| **CATHY DEANDRA PRIESTER,** | § § § | |
| Plaintiff, | § § | |
| v. | § | **Adv. No. 25-01026-CGB** |
| **UNITED STATES DEPARTMENT OF EDUCATION,** | § § § | |
| Defendant. | § § § | |

### ORDER TO SHOW CAUSE WHY THIS CASE
### SHOULD NOT BE DISMISSED

On June 23, 2025, Plaintiff, Cathy Deandra Priester, proceeding pro se, commenced this adversary proceeding. On September 24, 2025, Attorney Amy Elizabeth Clark filed a *Notice of Representation* [ECF No. 16] advising the Court that she represents Plaintiff as of that date.

1

  The Court issued a Scheduling Order in this case on July 25, 2025 [ECF No. 11]. The Scheduling Order set docket call for December 2, 2025, and advised: "[f]ailure to attend docket call may result in dismissal or rendition of final judgment." Docket call was subsequently reset to January 6, 2026, and then reset to March 3, 2026.

  At the docket call on March 3, 2026, Assistant United States Attorney Steven B. Bass appeared on behalf of the Defendant, but neither Plaintiff nor her counsel appeared. The Court will hold a Show Cause Hearing in this matter.

  **IT IS THEREFORE ORDERED** that Plaintiff, Cathy Deandra Priester, and her counsel of record, Amy Elizabeth Clark appear in person in Austin Courtroom 2 on **Tuesday, March 24, 2026, at 10:00 AM CT** and show cause why this case should not be dismissed for the failure to appear at docket call.

# # #