**The relief described hereinbelow is SO ORDERED.**

**Signed March 03, 2026.**

_____
CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 25-10401-CGB |
| CATHY DEANDRA PRIESTER, | § § § | |
| Debtor. | § § | Chapter 7 |
| CATHY DEANDRA PRIESTER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Adv. No. 25-01026-CGB |
| UNITED STATES DEPARTMENT OF EDUCATION, | § § § | |
| Defendant. | § § § | |

**ORDER TO SHOW CAUSE WHY THIS CASE
SHOULD NOT BE DISMISSED**

On June 23, 2025, Plaintiff, Cathy Deandra Priester, proceeding pro se, commenced this adversary proceeding. On September 24, 2025, Attorney Amy Elizabeth Clark filed a *Notice of Representation* [ECF No. 16] advising the Court that she represents Plaintiff as of that date.

1

      The Court issued a Scheduling Order in this case on July 25, 2025 [ECF No. 11]. The Scheduling Order set docket call for December 2, 2025, and advised: "[f]ailure to attend docket call may result in dismissal or rendition of final judgment." Docket call was subsequently reset to January 6, 2026, and then reset to March 3, 2026.

      At the docket call on March 3, 2026, Assistant United States Attorney Steven B. Bass appeared on behalf of the Defendant, but neither Plaintiff nor her counsel appeared. The Court will hold a Show Cause Hearing in this matter.

      **IT IS THEREFORE ORDERED** that Plaintiff, Cathy Deandra Priester, and her counsel of record, Amy Elizabeth Clark appear in person in Austin Courtroom 2 on **Tuesday, March 24, 2026, at 10:00 AM CT** and show cause why this case should not be dismissed for the failure to appear at docket call.

# # #

United States Bankruptcy Court

Western District of Texas

Priester,

    Plaintiff

United States Department of Education,

    Defendant

Adv. Proc. No. 25-01026-cgb

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: admin     Page 1 of 2
Date Rcvd: Mar 03, 2026     Form ID: pdfintp     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Cathy Deandra Priester, PO Box 202514, Austin, TX 78720-2514 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 03 2026 22:42:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Nelnet |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Amy Elizabeth Clark-Downing
     on behalf of Plaintiff Cathy Deandra Priester amy@cimentlawfirm.com cpfiling@cimentlawfirm.com;lawgrrl1@recap.email

Randolph N Osherow

| District/off: 0542-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: pdfintp | Total Noticed: 2 |

rosherow13@gmail.com rosherow@ecf.axosfs.com,rosherow13@gmail.com;rosherow@hotmail.com

Steven B. Bass

on behalf of Defendant United States Department of Education Steven.Bass@usdoj.gov lori.wilson@usdoj.gov

TOTAL: 3