IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In Re:<br><br>Cathy Deandra Priester<br><br>*Debtor* | CASE NO. 25-10401-cgb<br>Chapter 7 |
| | Adversary Proceeding No: 25-01026-cgb<br><br>Judge: Christopher G. Bradley<br><br>Cathy Deandra Priester<br>    *Plaintiff*,<br>vs.<br>United States Department of Education<br>    *Defendants* |

DECLARATION OF COUNSEL, AMY BETH CLARK, IN RESPONSE TO ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED

Now comes, Amy Beth Clark, counsel of record for Cathy Deandra Priester and files this Declaration in Response to the Court's March 3, 2026 Order to Show Cause re: Dismissal.

1.      My name is Amy Beth Clark and I am counsel of record for Cathy Deandra Priester in this proceeding.   The events below are all within my personal knowledge.

2.      Aas this court is aware, this case was set for a docket call on March 3, 2026 and I did not appear at the zoom hearing.

3.      I had been in communication with my client and with Steven Bass of the Attorney General in February.   I had let them know that I was on call for a large trial the first week of March and so I needed the docket call in this matter moved to April.   Mr. Bass stated he was not opposed.   We also discussed settlement possibilities.

4.      Unfortunately, I neglected to file a request to continue the docket call with the

court, nor did I reach out to the courtroom deputy regarding the docket call.

5.      The other case scheduled for the same week was not called for trial but because I failed to carefully review my bankruptcy court calendar, I missed the March 3, 2025 docket call in this matter.    This was not done intentionally in any way; rather, it was an error in the calendaring system and in my ability to use it.

6.      From now on, my calendaring system has been changed so that all deadlines, court appearances, and other dates for both bankruptcy-related cases as well as state and district court cases are on one calendar.    The fact the earlier system was cumbersome is not an excuse, but I want to be clear that I have taken steps to decrease any likelihood of this happening again in this or other cases.

7.      I ask that the court not dismiss this matter, in particular as this was my error and not that of my client.    This error was not done in order to delay, and allowing this case to remain open and continue forward will ensure that justice can be done.

8.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 19, 2026

_____

Amy Beth Clark

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Representation and Designation of Lead Counsel was mailed, first class or delivered via the ECF system or email to interested parties attached on this the 19th day of March, 2026.

**DEBTORS:**
Cathy Priester
catvangogh@gmail.com

**STANDING CHAPTER 7 TRUSTEE:**
Randolph N. Osherow
342 W. Woodlawn, Suite 100
San Antonio, TX 78212
rosherwow@hotmail.com

**UNITED STATES ATTORNEY**
Justin R. Simmons
Steven B. Bass – Assistant United States Attorney
903 San Jacinto, Suite 334
Austin, Texas 78701
512-916-5858
Steven.Bass@usdoj.gov

_____
Amy Beth Clark