**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 25-10401-cgb** |
| **Cathy Deandra Priester,** | ) | |
| | ) | |
| Debtor. | ) | **Chapter 7** |

| | | |
|---|---|---|
| **Cathy Deandra Priester,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Adversary No. 25-01026-cgb** |
| | ) | |
| **United States of America** | ) | |
| **Department of Education,** | ) | |
| | ) | |
| Defendant. | ) | |

**Order Granting Motion for Continuance**
**(Relates to Dkt. No. 26)**

Before the Court is the Motion at [Dckt. No. 26] filed by Cathy Priester requesting continuance of the May 7, 2026 trial in this matter.  The Court finds that the Motion should be granted.

ACCORDINGLY, IT IS ORDERED that the hearing on the Emergency Motion to Continue Trial is continued to the date and time listed above.

# # #

Prepared by:

_____
Amy Beth Clark, TX Bar No. 24043761
amy@cimentlawfirm.com
Ciment Law Firm, PLLC
221 Bella Katy, Dr.
Katy, Texas 77494
Ph: 833-663-3289
eService: cpfiling@cimentlawfirm.com
Attorney for Plaintiff, Cathy Priester