**Reset hearing shall be held on 7/22/2026 at 01:30 PM in Austin Courtroom 2. Movant is responsible for notice.**



**The relief described hereinbelow is SO ORDERED.**

**Signed May 07, 2026.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
| ) | **Case No. 25-10401-cgb** |
| **Cathy Deandra Priester,** ) | |
| ) | |
| **Debtor.** ) | **Chapter 7** |

| | |
|---|---|
| **Cathy Deandra Priester,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Adversary No. 25-01026-cgb** |
| ) | |
| **United States of America** ) | |
| **Department of Education,** ) | |
| ) | |
| **Defendant.** ) | |

**Order Granting Motion for Continuance**
**(Relates to Dkt. No. 26)**

Before the Court is the Motion at [Dckt. No. 26] filed by Cathy Priester requesting continuance of the May 7, 2026 trial in this matter.  The Court finds that the Motion should be granted.

ACCORDINGLY, IT IS ORDERED that the Trial is continued to the date and time listed above.

# # #

Prepared by:

Amy Beth Clark, TX Bar No. 24043761
amy@cimentlawfirm.com
Ciment Law Firm, PLLC
221 Bella Katy, Dr.
Katy, Texas 77494
Ph: 833-663-3289
eService: cpfiling@cimentlawfirm.com
Attorney for Plaintiff, Cathy Priester