# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 25–10401–cgb

Chapter No.: 7

IN RE: **Cathy Deandra Priester** , Debtor(s)

Adversary Proceeding No.: 25–01026–cgb

Judge: Christopher G Bradley

**Cathy Deandra Priester**
Plaintiff

v.

**United States Department of Education et al.**
Defendant

## RESET
## NOTICE OF TRIAL

**PLEASE TAKE NOTICE** that a trial will be held

at    Austin Courtroom 2, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on    **7/22/26 at 01:30 PM**

<b.Trial RESET FROM 5/7/26 TO 7/22/26 Upon the Following: (related document(s): 2 Complaint filed by Cathy Deandra Priester against Nelnet, United States Department of Education (Filing Fee: $ 350.00)) Trial Hearing Set For 7/22/2026 at 01:30 PM at Austin Courtroom 2 (Farrar, Ronda)

Dated: 5/7/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

**[Trial Notice (AP)]** [NtctAPap]

United States Bankruptcy Court

Western District of Texas

Priester,

    Plaintiff

United States Department of Education,

    Defendant

Adv. Proc. No. 25-01026-cgb

# CERTIFICATE OF NOTICE

| District/off: 0542-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 07, 2026 | Form ID: 185 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

**Recip ID**      **Recipient Name and Address**
pla      +   Cathy Deandra Priester, PO Box 202514, Austin, TX 78720-2514

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Amy Elizabeth Clark-Downing

     on behalf of Plaintiff Cathy Deandra Priester amy@cimentlawfirm.com  cpfiling@cimentlawfirm.com;lawgrrl1@recap.email

Randolph N Osherow

     rosherow13@gmail.com  rosherow@ecf.axosfs.com,rosherow13@gmail.com;rosherow@hotmail.com

Steven B. Bass

     on behalf of Defendant United States Department of Education Steven.Bass@usdoj.gov  lori.wilson@usdoj.gov

TOTAL: 3