**Reset hearing shall be held on 7/22/2026 at 01:30 PM in Austin Courtroom 2. Movant is responsible for notice.**



**The relief described hereinbelow is SO ORDERED.**

**Signed May 07, 2026.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 25-10401-cgb** |
| **Cathy Deandra Priester,** | ) | |
| | ) | |
| **Debtor.** | ) | **Chapter 7** |

_____

| | | |
|---|---|---|
| **Cathy Deandra Priester,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Adversary No. 25-01026-cgb** |
| | ) | |
| **United States of America** | ) | |
| **Department of Education,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**Order Granting Motion for Continuance**
**(Relates to Dkt. No. 26)**

Before the Court is the Motion at [Dckt. No. 26] filed by Cathy Priester requesting continuance of the May 7, 2026 trial in this matter.  The Court finds that the Motion should be granted.

ACCORDINGLY, IT IS ORDERED that the Trial is continued to the date and time listed above.

# # #

Prepared by:

_____

Amy Beth Clark, TX Bar No. 24043761
amy@cimentlawfirm.com
Ciment Law Firm, PLLC
221 Bella Katy, Dr.
Katy, Texas 77494
Ph: 833-663-3289
eService: cpfiling@cimentlawfirm.com
Attorney for Plaintiff, Cathy Priester

United States Bankruptcy Court

Western District of Texas

Priester,

    Plaintiff

Adv. Proc. No. 25-01026-cgb

United States Department of Education,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0542-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2026 | Form ID: pdfintp | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Cathy Deandra Priester, PO Box 202514, Austin, TX 78720-2514 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | May 07 2026 23:49:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Nelnet |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy Elizabeth Clark-Downing | on behalf of Plaintiff Cathy Deandra Priester amy@cimentlawfirm.com  cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Randolph N Osherow | rosherow13@gmail.com  rosherow@ecf.axosfs.com,rosherow13@gmail.com;rosherow@hotmail.com |

District/off: 0542-1

Date Rcvd: May 07, 2026

User: admin

Form ID: pdfintp

Page 2 of 2

Total Noticed: 2

Steven B. Bass

on behalf of Defendant United States Department of Education Steven.Bass@usdoj.gov  lori.wilson@usdoj.gov

TOTAL: 3