**The relief described hereinbelow is SO ORDERED.**


**Signed July 22, 2026.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____


## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 25-10401-cgb |
| | § | |
| Cathy Deandra Priester | § | |
| | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |

_____

| | | |
|---|---|---|
| Cathy Deandra Priester | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 25-1026 |
| | § | |
| United States | § | |
| Department of Education, | § | |
| | § | |
| Defendant | § | |


**AGREED JUDGMENT ON PLAINTIFF'S COMPLAINT TO DETERMINE**
**DISCHARGEABILITY OF STUDENT LOANS**

Came on to be heard Plaintiff's Complaint to Determine Dischargeability of Student Loans and the parties announcing that they have agreed that  of the Plaintiff's Department of Education student loans, $10,000.00 is dischargeable and the remaining amount is not dischargeable and the Court, after reviewing the agreement and pleadings in this matter, finds that the  agreement is acceptable,  it is, hereby,

ORDERED AND DECREED that the Plaintiff's  complaint to determine dischargeability is GRANTED in part and the Plaintiff's Department of Education  student loans , to the extent of $10,000.00, is discharged and  that the balance of such loans are not discharged.

#####

Agreed:

JUSTIN R SIMMONS
UNITED STATES ATTORNEY

By: /s/*Steven B. Bass*
STEVEN B. BASS
Assistant United States Attorney
903 San Jacinto, Suite 334
Austin, Texas 78701
(512) 916-5858/Fax (512) 916-5854
Florida State Bar No. 767300
Steven.Bass@usdoj.gov

Counsel for the United States of America,
Internal Revenue Service

By */s/ Amy Elizabeth Clark-Downing*
Amy Elizabeth Clark-Downing
Ciment Law Firm
221 Bella Katy Dr
Katy, Tx 77494-6821
amy@cimentlawfirm.com

2