**The relief described hereinbelow is SO ORDERED.**


**Signed July 22, 2026.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION


| | | |
|---|---|---|
| In Re: | § | Case No. 25-10401-cgb |
| | § | |
| Cathy Deandra Priester | § | |
| | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |

_____

| | | |
|---|---|---|
| Cathy Deandra Priester | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 25-1026 |
| | § | |
| United States | § | |
| Department of Education, | § | |
| | § | |
| Defendant | § | |


AGREED JUDGMENT ON PLAINTIFF'S COMPLAINT TO DETERMINE
<u>DISCHARGEABILITY OF STUDENT LOANS</u>

Came on to be heard Plaintiff's Complaint to Determine Dischargeability of Student Loans and the parties announcing that they have agreed that  of the Plaintiff's Department of Education student loans, $10,000.00 is dischargeable and the remaining amount is not dischargeable and the Court, after reviewing the agreement and pleadings in this matter, finds that the  agreement is acceptable,  it is, hereby,

ORDERED AND DECREED that the Plaintiff's  complaint to determine dischargeability is GRANTED in part and the Plaintiff's Department of Education  student loans , to the extent of $10,000.00, is discharged and  that the balance of such loans are not discharged.

##### 

Agreed:

JUSTIN R SIMMONS
UNITED STATES ATTORNEY

By: /s/*Steven B. Bass*
STEVEN B. BASS
Assistant United States Attorney
903 San Jacinto, Suite 334
Austin, Texas 78701
(512) 916-5858/Fax (512) 916-5854
Florida State Bar No. 767300
Steven.Bass@usdoj.gov

Counsel for the United States of America,
Internal Revenue Service

By */s/ Amy Elizabeth Clark-Downing*
Amy Elizabeth Clark-Downing
Ciment Law Firm
221 Bella Katy Dr
Katy, Tx 77494-6821
amy@cimentlawfirm.com

2

United States Bankruptcy Court

Western District of Texas

Priester,

     Plaintiff

                                                            Adv. Proc. No. 25-01026-cgb

United States Department of Education,

     Defendant

# CERTIFICATE OF NOTICE

| District/off: 0542-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 23, 2026 | Form ID: pdfintp | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Cathy Deandra Priester, PO Box 202514, Austin, TX 78720-2514 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Jul 23 2026 23:26:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy Elizabeth Clark-Downing | on behalf of Plaintiff Cathy Deandra Priester amy@cimentlawfirm.com  cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Randolph N Osherow | rosherow13@gmail.com  rosherow@ecf.axosfs.com,rosherow13@gmail.com;rosherow@hotmail.com |
| Steven B. Bass | on behalf of Defendant United States Department of Education Steven.Bass@usdoj.gov  lori.wilson@usdoj.gov |

District/off: 0542-1                    User: admin                    Page 2 of 2

Date Rcvd: Jul 23, 2026                 Form ID: pdfintp              Total Noticed: 2

TOTAL: 3